IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUSSELL D. RODGERS, | No. C 10-05362 EJD (PR) |
| Plaintiff, | ORDER OF DISMISSAL |
| vs. | |
| VINCE CULLEN, et al., | |
| Defendants. | |

On November 29, 2010, Plaintiff filed this pro se civil rights pursuant to 42 U.S.C. § 1983. The same day, the Clerk of the Court sent a notification to plaintiff that his in forma pauperis application was deficient because he failed to submit a Certificate of Funds in Prisoner's Account completed and signed by an authorized officer at the prison and a copy of his prisoner trust account statements showing transactions for the last six months. (Docket No. 3.) Plaintiff was advised to file the missing document within thirty days to avoid dismissal of the action. (Id.)

On December 3, 2010, the notice to Plaintiff was returned as undeliverable. (Docket No. 4.) On December 15, 2010, Plaintiff filed a notice of Change of Address, stating that he was released from prison and requesting a status of his complaint. (Docket No. 5.) As Plaintiff was no longer incarcerated, the Court

Order of Dismissal
P:\PRO-SE\SJ.EJD\CR.10\Rodgers05362_dism-ifp.wpd

1  directed him to file a non-prisoner in forma pauperis application no later than May 1,
2  2011, or in the alternative, to pay the full $350.00 filing fee.  (Docket No. 6.)
3  Plaintiff was advised that failure to respond in accordance with the Court's order in
4  the time provided may result in dismissal of this case without prejudice for failure to
5  pay the filing fee without further notice to Plaintiff.  (Id.)  Plaintiff was also
6  provided with two copies of the court's non-prisoner In Forma Pauperis Application.
7  (Id.)

The deadline has since passed, and Plaintiff has neither paid the filing fee nor filed a completed in forma pauperis application.  Accordingly, this case is DISMISSED without prejudice for failure to pay the filing fee.

DATED: May 11, 2011



EDWARD J. DAVILA
United States District Judge

Order of Dismissal
P:\PRO-SE\SJ.EJD\CR.10\Rodgers05362_dism-ifp.wpd         2

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

RUSSELL DWAYNE RODGERS,

        Plaintiff,

  v.

VINCE CULLEN, et al.,

        Defendants.

Case Number: CV10-05362 EJD

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on   5/17/2011  , I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Russell D. Rodgers
2458 Illinois Street
East Palo Alto, CA 94303

Dated:   5/17/2011

Richard W. Wieking, Clerk
/s/ By: Elizabeth Garcia, Deputy Clerk